1038

[No. 34388-0-III.   Division Three.   June 20, 2017.]

*In the Matter of the Involuntary Treatment of* B.W.

Appeal from a judgment of the Superior Court for Spokane County, No. 15-6-00834-9, Joseph F. Valente, J. Pro Tem., entered April 7, 2016. *Affirmed* by unpublished opinion per Lawrence-Berrey, J., concurred in by Fearing, C.J., and Korsmo, J.

[No. 34175-5-III.   Division Three.   June 22, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. LORENZO ALEX CAMPOS, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 15-1-01403-3, Vic L. VanderSchoor, J., entered March 9, 2016. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Fearing, C.J., concurred in by Korsmo and Lawrence-Berrey, JJ.

[No. 74657-0-I.   Division One.   June 26, 2017.]

MARGARET ELLEN MORGAN, *Respondent*, v. NICKY WARREN BRINEY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 13-2-29071-5, Julie A. Spector, J., entered January 25, 2016. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Trickey, J., concurred in by Verellen, C.J., and Schindler, J. Now published at 200 Wn. App. 380.